IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OMEGA HASHAWAY and<br>BOBBY HASHAWAY,<br><br>*Plaintiffs,*<br><br>v.<br><br>INTERNATIONAL ASSET GROUP, LLC,<br>d/b/a IAG INTERNATIONAL ASSET<br>GROUP, LLC,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:11cv376<br>(Judge Clark/Judge Mazzant) |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 16, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion for Default Judgment against Defendant International Asset Group, LLC, d/b/a IAG International Asset Group, LLC [Doc. #17] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion for Default Judgment against Defendant International Asset Group, LLC, d/b/a IAG International Asset Group, LLC [Doc. #17] is

GRANTED. It is further **ORDERED** that plaintiffs shall recover statutory damages from defendant International Asset Group, LLC, d/b/a IAG International Asset Group, LLC, in the amount of $2,000, actual damages in the amount of $5,000, attorney's fees in the amount of $3,120, pre-judgment and post-judgment interest as allowed by law, and $400 as costs.

It is further **ORDERED** that defendant International Asset Group, LLC, d/b/a IAG International Asset Group, LLC is permanently enjoined from committing any violations of Section 392 of the Texas Finance Code as it relates to plaintiffs and the accounts in question.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this 6 day of **June, 2012.**

_____
Ron Clark, United States District Judge